

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00662-CV

Melissa **FUENTES**, Individually, and as Next Friend of Victor Robert Fuentes and Isabella Elaine Fuentes, Minors,
Appellant

v.

**TEXAS MUTUAL INSURANCE CO.**,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 5910
Honorable Pedro Gomez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order on Motions for Summary Judgment is AFFIRMED.

It is ORDERED that appellee recover its costs of this appeal from appellant.

SIGNED November 1, 2017.

_____
Irene Rios, Justice